UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
HILDA KREUZER,

                              Plaintiff,              STATEMENT PURSUANT TO RULE 7.1

  -against-

                                                   Jury Trial Demanded

THE STOP & SHOP SUPERMARKET COMPANY LLC.,

                                                   Docket No.:
                            Defendant.           08 CV 02046
------------------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Local Rules of the United States District Court, Southern District of New York and to enable judges and magistrates of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant, THE STOP & SHOP SUPERMARKET COMPANY LLC., private non-governmental parties, certify that the following are parent corporations or are publicly held corporations that own ten percent of its stock:

    Ahold U.S.A., Inc.
    Ahold American Holdings, Inc.

Dated: New York, New York
       February 26, 2008

                      By:        /s/
                            BRIAN DONNELLY, ESQ. (BJD- 4759)
                            Ahmuty, Demers & McManus, Esqs.
                            Attorneys for Defendant
                            THE STOP & SHOP SUPERMARKET COMPANY LLC.
                            123 William Street, 27th Floor
                            New York, New York 10038
                            (212) 513-7788
                            Our File No.:  SAS 0212N8 BJD