UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
HILDA KREUZER,                                           JURY DEMAND

                     Plaintiff,

        -against-                                      Jury Trial Demanded

THE STOP & SHOP SUPERMARKET COMPANY LLC.,   Docket No.:
                                                       08 CV 02046
                    Defendant.
-----------------------------------------------------------------------X   ECF CASE

      PLEASE TAKE NOTICE, that the undersigned demands a trial by a jury composed of 6 persons in the above entitled action.

Dated: Albertson, New York
       March 4, 2008

              By: _____
                   BRIAN J. DONNELLY, ESQ. (BJD- 4759)
                   Ahmuty, Demers & McManus, Esqs.
                   Attorneys for Defendant
                   THE STOP & SHOP SUPERMARKET COMPANY LLC.
                   123 William Street, 27th Floor
                   New York, New York  10038
                   (212) 513-7788
                   Our File No.:  SAS 0212N8 BJD