**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK )
                           : SS.:
COUNTY OF NEW YORK )

      **KELLIE COY**, being duly sworn deposes and says that deponent is not a party to this action is over 18 years of age and resides in Glendale, New York.

      That on the 4th ay of March, 2008 deponent serve the within VERIFIED ANSWER, JURY DEMAND, DEFENDANT'S FIRST DEMAND FOR INTERROGATORIES, DEMAND FOR COLLATERAL SOURCE INFORMATION, DEMAND FOR EXPERT WITNESS INFORMATION, NOTICE DECLINING SERVICE VIA ELECTRONIC MEANS, NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION, NOTICE FOR DISCOVERY AND INSPECTION, NOTICE RE: MEDICALS and DEMAND PURSUANT TO CPLR 3017(c) upon:

NEWMAN, ANZALONE & ASSOCIATES, LLP.
Attorneys For Plaintiff
97-45 Queens Blvd., 6th Floor
Forest Hills, New York  11374

the attorneys for the respective party, hereto at the address designated by them for that purpose, by depositing a true copy of same enclosed in a postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                                                  KELLIE COY

Sworn Before Me This
4th Day Of March, 2008.

THERESA FIELDS
Notary Public, State of New York
No. 24-5011121
Qualified in Kings County
Commission Expires April 12, 2011