## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
                           : SS.:
COUNTY OF NEW YORK )

CHRISTINE LOCKLIN, being duly sworn deposes and says that deponent is not a party to this action is over 18 years of age and resides in East Islip, New York.

That on the 3rd day of March, 2008 deponent serve the within CIVIL COVER SHEET, STATEMENT PURSUANT TO RULE 7.1 and PETITION FOR REMOVAL upon:

NEWMAN, ANZALONE & ASSOCIATES, LLP.
ATTORNEYS FOR PLAINTIFF
97-45 QUEENS BLVD., 6TH FLOOR
FOREST HILLS, NEW YORK 11374

the attorneys for the respective party, hereto at the address designated by them for that purpose, by depositing a true copy of same enclosed in a postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
CHRISTINE LOCKLIN

SWORN BEFORE ME THIS
3rd DAY OF MARCH, 2008.

_____

THERESA FIELDS
Notary Public, State of New York
No. 24-5011121
Qualified in Kings County
Commission Expires April 12, 2011