AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

## APPEARANCE

Case Number: 08-cv-2046

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff - Hilda Kreuzer

NEWMAN ANZALONE & ASSOCIATES, LLP
Attorneys for Plaintiff
97-45 Queens Blvd., 6th Fl.
Rego Park, New York 11374

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/23/2008 | *signature* |
| Date | Signature |
| | Morris J. Newman    9412 |
| | Print Name    Bar Number |
| | 97-45 Queens Blvd., 6th Fl. |
| | Address |
| | Rego Park    New York    11374 |
| | City    State    Zip Code |
| | (718) 896-2700    (718) 896-2560 |
| | Phone Number    Fax Number |