<u>**AFFIDAVIT OF SERVICE BY MAIL**</u>

STATE OF NEW YORK )
                              : SS.:
COUNTY OF NEW YORK )

     **GRACE ANDINO**, being duly sworn deposes and says that deponent is not a party to this action is over 18 years of age and resides in Staten Island, New York.

     That on the 7th ay of May, 2008 deponent serve the within **NOTICE OF MOTION and AFFIRMATION IN SUPPORT** upon:

NEWMAN, ANZALONE & ASSOCIATES, LLP.
Attorneys For Plaintiff
97-45 Queens Blvd., 6th Floor
Forest Hills, New York  11374

the attorneys for the respective party, hereto at the address designated by them for that purpose, by depositing a true copy of same enclosed in a postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_[signature]_
**GRACE ANDINO**

Sworn Before Me This
7th Day Of May, 2008.

_[signature]_

THERESA FIELDS
Notary Public, State of New York
No. 24-5011121
Qualified in Kings County
Commission Expires April 12, 2011