USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HILDA KREUZER,

                Plaintiff

- against -

THE STOP & SHOP SUPERMARKET COMPANY LLC.,

                Defendant

Docket No.:
08-CV-02046 (HB)

**STIPULATION**

**IT IS HEREBY STIPULATE AND AGREED**, by and between the undersigned, the attorneys of record for all parties to this action, pursuant to Rules 19, 20 and 21 of the Federal Rules of Civil Procedure to join as direct party defendants, ADC INDUSTRIES INC. and AIRLOCK DOOR CONTROLS in this action for the foregoing reasons: ADC INDUSTRIES INC. and AIRLOCK DOOR CONTROLS were retained by THE STOP & SHOP SUPERMARKET COMPANY LLC to install and repair the automatic door system at the subject Stop & Shop store. Moreover, ADC INDUSTRIES INC. and AIRLOCK DOOR CONTROLS did perform repairs on the subject automatic doors in 2006 and prior to the happening of plaintiff's accident. As such, ADC INDUSTRIES INC. and AIRLOCK DOOR CONTROLS are obligated to the Plaintiff directly, and to the Defendant, THE STOP & SHOP SUPERMARKET COMPANY LLC., for contribution and/or indemnification, and;

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, that the present action be remanded back to the Supreme Court of the State of New York, Bronx County bearing Index Number 300933/08, on the grounds that the joinder of ADC INDUSTRIES INC. and AIRLOCK DOOR CONTROLS as necessary parties defeats Federal Diversity Requirements

l:\tpp\cases\kreuzer.h\stipulation add parties and remand.doc

pursuant to 28 U.S.C. §1332; and;

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, that pursuant to the New York Civil Practice Law and Rules, Plaintiff will file and to serve upon all Defendants a supplemental summons and amended complaint, and that Defendant, THE STOP & SHOP SUPERMARKET COMPANY LLC., will file and serve upon joined defendants, ADC INDUSTRIES INC. and AIRLOCK DOOR CONTROLS, cross-claims for contribution and/or indemnification

Dated: Forest Hills, New York
May 16, 2008

AHMUTY DEMERS & MCMANUS

by: _____
ERIN D. ROACH, ESQ.
*Attorney for Defendant*
THE STOP & SHOP
SUPERMARKET COMPANY LLC
123 William Street
New York, NY 10038
(646) 536-5783

NEWMAN, ANZALONE &
ASSOCIATES, LLP

by: _____
MORRIS J. NEWMAN, ESQ.
*Attorney for Plaintiff*
HILDA KREUZER
97-45 Queens Boulevard, 6th Floor.
Forest Hills, NY 11374
(718) 896-2700

SO ORDERED.
_____
Harold Baer, Jr., U.S.D.J.
Date: May 22, 08

l:\rpp\cases\kreuzer.h\stipulation add parties and remand.doc